# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR,<br><br>             Plaintiff,<br><br>     v.<br><br>SERGEANT LOGAN, et al.,<br><br>             Defendants. | Case No.  1:12-cv-01076-SAB (PC)<br><br>ORDER RE PLAINTIFF'S MOTION FOR STATUS<br><br>(ECF No. 9.) |

     Plaintiff Hassan Abpikar ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this civil rights action on July 2, 2012.  On April 19, 2013, Plaintiff filed a motion seeking the status of his case.  (ECF No. 9.)

     The Court is required to screen complaints brought by prisoners seeking relief against a government entity or officer or employee of a government entity.  28 U.S.C. § 1915A(a).  This Court and its staff takes its role serious in complying with statutes and other obligations under the United States Constitution and laws of the United States.  As Plaintiff's case is not the only case under consideration by the Court and because cases are screened in the order in which they are filed, absent good cause, the Court will screen cases in that order and will continue strive to avoid delays whenever possible.  Accordingly,

     The Plaintiff's motion is hereby DENIED.

IT IS SO ORDERED.

Dated:   **April 22, 2013**

UNITED STATES MAGISTRATE JUDGE